■ In the Matter of PHILIP DI PERNA, SR., Respondent-Appellant, v DONIELLE McLEAN, Appellant-Respondent. [732 NYS2d 186] —Cross appeal unanimously dismissed upon stipulation and order affirmed without costs for reasons stated in decision at Oneida County Family Court, Flemma, J.H.O. (Appeals from Order of Oneida County Family Court, Flemma, J.H.O.—Visitation.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.

■ SUSAN M. WEICHERT, Appellant, v WILLIAM J. BROUSE, as Treasurer of County of Oswego, Respondent. [732 NYS2d 186] —Order affirmed without costs. Memorandum: Supreme Court properly dismissed the complaint for lack of personal and subject matter jurisdiction. "[S]ervice of process without first * * * filing the initiatory papers is a nullity, the action * * * never having been properly commenced" (*Matter of Gershel v Porr*, 89 NY2d 327, 330; *see, Matter of Fry v Village of Tarrytown*, 89 NY2d 714, 719-720).

All concur, Hurlbutt, J., not participating. (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Dismiss Pleading.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.